# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER KJAER, et al.,

    Plaintiffs,

v.

HOME GAMBLING NETWORK, INC., et al.,

    Defendants.

Case No. 2:06-CV-00103-KJD-PAL

**ORDER**

    On January 27, 2011, the Court filed a Notice to Counsel (#140) pursuant to Local Rule 41-1. Local Rule 41-1 provides that a civil action that has been pending for more than nine (9) months without any proceeding of record may be dismissed for want of prosecution. The Notice indicated that no action had been taken in this action for over two hundred seventy (270) days without any proceedings filed or taken. Additionally, the Notice stated that if no action was taken in the case by February 26, 2011, the Clerk of the Court would make application to the Court for dismissal for want of prosecution. (See #140.)

    Here, in spite of the Court's Notice, no action has been taken in this case since Defendant Silver Arrow Limited filed a Response to Home Gambling Network's Reply to Defendant's Claim Construction Brief on March 30, 2010.

    Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a status report on or before March 15, 2011. Failure to comply with the Court's Order will result in dismissal of the action pursuant to Local Rule 41-1.

    DATED this 4th day of March, 2011.

_____
Kent J. Dawson
United States District Judge